

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00931-CV

**D.R.,**
Appellant

v.

**C.R.,**
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-19793
Honorable Christine Hortick, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We order all costs of this appeal to be taxed against appellant.

SIGNED August 13, 2025.

_____
Lori Massey Brissette, Justice